1442

## RECONSIDERATION OF PRIOR DECISIONS

**2006–1502.  State v. Fry.**
Summit C.P. No. 2005-08-3007. Reported at 125 Ohio St.3d 163, 2010-Ohio-1017, 926 N.E.2d 1239. On motion for reconsideration/rehearing and to stay the issuance of mandate. Motion denied.

**2009–0437.  Rich's Dept. Stores, Inc. v. Levin.**
Board of Tax Appeals, No. 2005–T–1609. Reported at 125 Ohio St.3d 15, 2010-Ohio-957, 925 N.E.2d 951. On motion for reconsideration. Motion denied.
     PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2009–0678.  State v. Pepka.**
Lake App. No. 2008–L–016, 2009-Ohio-1440. Reported at 125 Ohio St.3d 124, 2010-Ohio-1045, 926 N.E.2d 611. On motion for reconsideration. Motion denied.
     BROWN, C.J., dissents.
     Motion for stay of execution denied.
     O'DONNELL, J., dissents.

**2010–0028.  Smith Evergreen Nursery, Inc. v. Magnolia.**
Stark App. No. 2009 CA 00003, 2009-Ohio-6560. Reported at 124 Ohio St.3d 1522, 2010-Ohio-1075, 923 N.E.2d 622. On motion for reconsideration. Motion denied.
     O'CONNOR and LANZINGER, JJ., dissent.

## CASE ANNOUNCEMENTS

*May 27, 2010*

[Cite as *05/27/2010 Case Announcements*, 2010-Ohio-2330.]